USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ZACHARY KALMBACH**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

January 30, 2024

**By ECF**

## MEMORANDUM ENDORSED

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Ledesma v. New York City Police Department, et al.</u>,
              23 Civ. 5645 (CM)

Your Honor:

      I represent the City of New York (the "City") in the above-referenced matter. The City writes to respectfully request that the Court adjourn the Initial Conference currently scheduled for January 31, 2024, at 4:00 p.m. The parties have previously filed a joint request that is substantially the same as the request herein.

      By way of background, on December 22, 2023, the Court scheduled the Initial Conference for February 1, 2024, at 4:00 p.m. (ECF No. 9). On January 25, 2024, the parties requested an adjournment of the Initial Conference to later in February, in part because counsel for the City is currently on trial before the Honorable Ann M. Donnelly, which began yesterday and will certainly last through January 31, 2024. <u>See</u> <u>Borisova v. Friberg, et al.</u>, 18-CV-7440 (AMD) (SJB). However, on January 26, 2024, the Court moved the Initial Conference to January 31, 2024, at 4:00, instead of adjourning it to a later date.

      Because counsel for the City is unable to attend the Initial Conference as currently scheduled, the City respectfully requests that the Court adjourn the conference to a later date convenient for the Court.

Thank you for your time and consideration.

                    Respectfully submitted,

                    /s/ *Zachary Kalmbach*
                    Zachary Kalmbach
                    *Assistant Corporation Counsel*

cc: **Via ECF**
      All counsel of record

Application granted. Defendant the City of New York's request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for January 31, 2024 is adjourned to February 13, 2024 at 3:00 p.m. As noted in the Court's January 26, 2024 memorandum endorsement, the parties are not required to submit the joint status letter and proposed case management plan described in the Court's December 8, 2024 order prior to the conference. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: January 30, 2024
New York, New York

                    GREGORY H. WOODS
                    United States District Judge