

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/5/2024___

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

February 5, 2024

**By ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:    Ledesma v. New York City Police Department, et al.,
        23 Civ. 5645 (CM)

Your Honor:

I represent the City of New York (the "City") in the above-referenced matter. The City writes to respectfully request that the Court reschedule the Initial Conference currently scheduled for February 13, 2024, at 3:00 p.m., to earlier in the afternoon or to 3:45 p.m. or later on the same date, or to a later date convenient for the Court, due to a previously-scheduled conference before the Honorable John G. Koetl. The parties consent to this request.

By way of background, on December 22, 2023, the Court scheduled the Initial Conference for February 1, 2024, at 4:00 p.m. (ECF No. 9). On January 25, 2024, the parties requested an adjournment of the Initial Conference to later in February, in part because the undersigned was on trial before the Honorable Ann M. Donnelly, from January 29, 2024, through February 1, 2024. See Borisova v. Friberg, et al., 18-CV-7440 (AMD) (SJB). However, on January 29, 2024, the Court moved the Initial Conference to January 31, 2024, at 4:00, instead of adjourning it to a later date. On January 30, 2024, the City requested a further adjournment of the Initial Conference due to the Borisova trial (ECF No. 13). On January 30, 2024, the Court adjourned the Initial Conference to February 13, 2024, at 3:00 p.m. (ECF No. 14).

Unfortunately, I have a previously-scheduled telephonic status conference before the Honorable John G. Koetl on February 13, 2024, at 3:00 p.m.—the very same date and time as the Initial Conference is currently scheduled in this matter. See Camacho v. City of New York, et al., No. 23 Civ. 10216 (JGK) (ECF No. 13). As such, the City respectfully requests that the Court reschedule the Initial Conference to a different time in the afternoon on February 13, 2024—either earlier in the afternoon or at 3:45 p.m. or later—or, alternatively, adjourn the conference to a later date convenient for the Court. For the Court's convenience, the parties are available anytime on February 14, 2024, or in the afternoon of February 15, 2024 (though plaintiff prefers February 13

or 14 to February 15, 2024).  The City sincerely apologizes for any convenience this request causes the Court.

        Thank you for your time and consideration.

        Respectfully submitted,

        /s/ *Zachary Kalmbach*
        Zachary Kalmbach
        *Senior Counsel*

cc:   **Via ECF**
      All counsel of record

Application granted.  Defendant the City of New York's request to adjourn the initial pretrial conference is granted.  Dkt. No. 15.  The initial pretrial conference scheduled for February 13, 2024 is adjourned to February 14, 2024 at 2:00 p.m.  The parties are also reminded to cite the correct case number in their submissions going forward, to avoid potential confusion.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: February 5, 2024
New York, New York

         GREGORY H. WOODS
        United States District Judge